# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| RAMON LOUIS MARTINEZ SOTO, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KCAP RE FUND III, LLC; KCAP EMERALD RIDGE, LLC; CAPSTONE REAL ESTATE SERVICES, INC.; KEYCITY PROPERTY MANAGEMENT, LLC; KEYCITY FUND MANAGEMENT, LLC; KEYCITY STAFFING, LLC; AND KEYCITY CAPITAL, LLC, | ) ) ) No. 2:24-cv-2079-SHL-cgc ) ) ) ) |
|     Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed February 5, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Rule 41(a)(1) Stipulation of Dismissal with Prejudice (ECF No. 14), filed July 12, 2024, all claims in this matter are **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 12, 2024
Date